UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. ) CIVIL NO. 09-19-JL<br>)<br>One Smith & Wesson 586 Revolver, 357 caliber, )<br>serial number AAJ8539, et al, )<br>)<br>Defendants-in-rem. )<br>_____) | |

## FINAL ORDER OF FORFEITURE

1. This action in-rem was brought on January 21, 2009.

2. On March 20, 2009, the United States served a copy of the Verified Complaint, along with the Notice of Forfeiture Complaint, Summons and Warrant of Arrest in Rem, and ECF Notice on Michael Stockman, Theresa Stockman and Mark Sisti, Esq., counsel for Michael Stockman.

3. A legal notice of this action in-rem was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 24, 2009.  Claims based on direct notice were due no later than April 24, 2009, and May 25, 2009, as to the official government internet site.

4. No claimant has come forward to claim the defendants-in-rem (1) One Smith & Wesson 586 Revolver, 357 caliber, serial number AAJ8539; (2) One Smith & Wesson Eastfield Shotgun, 12 caliber, serial number 7B7999; (3) One Remington Arm Company, Inc. Woodsmaster Rifle, 30-06 caliber, serial number 6910739; (4) One Remington Arms Company, Inc. 11-87 Shotgun, 20 caliber, serial number PC052762; (5) One New England Firearms

Pardoner SB1 Shotgun, 20 caliber, serial number NC224296; (6) One Unknown Manufacturer J.C. Higgins Shotgun, 12 caliber, serial number none; (7) One Unknown Manufacturer Occidental Shotgun, 12 caliber, serial number 12784; and (8) One Winchester 70 Rifle, 270 caliber, serial number 703GG, all seized from Michael Stockman.  The deadline for filing all claims has lapsed.

    5.  The United States has established in the Verified Complaint for Forfeiture In Rem probable cause to believe that the defendants-in-rem (1) One Smith & Wesson 586 Revolver, 357 caliber, serial number AAJ8539; (2) One Smith & Wesson Eastfield Shotgun, 12 caliber, serial number 7B7999; (3) One Remington Arm Company, Inc. Woodsmaster Rifle, 30-06 caliber, serial number 6910739; (4) One Remington Arms Company, Inc. 11-87 Shotgun, 20 caliber, serial number PC052762; (5) One New England Firearms Pardoner SB1 Shotgun, 20 caliber, serial number NC224296; (6) One Unknown Manufacturer J.C. Higgins Shotgun, 12 caliber, serial number none; (7) One Unknown Manufacturer Occidental Shotgun, 12 caliber, serial number 12784; and (8) One Winchester 70 Rifle, 270 caliber, serial number 703GG, all seized from Michael Stockman, was furnished or intended to be furnished in exchange for a controlled substance, or constitutes proceeds of drug distribution, and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    A.  That all right, title and interest to the defendants-in-rem (1) One Smith & Wesson 586 Revolver, 357 caliber, serial number AAJ8539; (2) One Smith & Wesson Eastfield Shotgun, 12 caliber, serial number 7B7999; (3) One Remington Arm Company, Inc. Woodsmaster Rifle, 30-06 caliber, serial number 6910739; (4) One Remington Arms Company, Inc. 11-87 Shotgun, 20

caliber, serial number PC052762; (5) One New England Firearms Pardoner SB1 Shotgun, 20 caliber, serial number NC224296; (6) One Unknown Manufacturer J.C. Higgins Shotgun, 12 caliber, serial number none; (7) One Unknown Manufacturer Occidental Shotgun, 12 caliber, serial number 12784; and (8) One Winchester 70 Rifle, 270 caliber, serial number 703GG, all seized from Michael Stockman, are hereby condemned, forfeited and vested in the United States of America pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 881(a)(11), free from the claims of any other party.

    B.  That the defendants-in-rem (1) One Smith & Wesson 586 Revolver, 357 caliber, serial number AAJ8539; (2) One Smith & Wesson Eastfield Shotgun, 12 caliber, serial number 7B7999; (3) One Remington Arm Company, Inc. Woodsmaster Rifle, 30-06 caliber, serial number 6910739; (4) One Remington Arms Company, Inc. 11-87 Shotgun, 20 caliber, serial number PC052762; (5) One New England Firearms Pardoner SB1 Shotgun, 20 caliber, serial number NC224296; (6) One Unknown Manufacturer J.C. Higgins Shotgun, 12 caliber, serial number none; (7) One Unknown Manufacturer Occidental Shotgun, 12 caliber, serial number 12784; and (8) One Winchester 70 Rifle, 270 caliber, serial number 703GG, all seized from Michael Stockman, shall be disposed of by the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF) in accordance with the applicable law and regulations, from which amount the BATF shall deduct its costs related to this proceeding.  The proceeds, less any costs to the BATF pertaining to the defendants-in-rem property, shall be forfeited to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 881(a)(11), free from the claims of any other party, and the proceeds shall be deposited into the Department of Justice Asset Forfeiture

Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, U.S.C. § 881(e).

The Clerk is hereby directed to send ten certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated: May 29, 2009

_____
UNITED STATES DISTRICT JUDGE